UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MONTRAYGO DRAKE** <br> **LA. DOC #421476** | **CIVIL ACTION NO. 13-2405** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN TIM KEITH** | **MAGISTRATE JUDGE HAYES** |

### JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and having considered the entire record in this matter, including Petitioner's objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 25th day of March, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE